UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CHRIS ALLEN MILLER,<br><br>　　　　　Movant,<br><br>　vs.<br><br>DARIN YOUNG, Warden, and MARTY J. JACKLEY, Attorney General,<br><br>　　　　　Respondents. | 4:18-CV-04137-KES<br><br><br>JUDGMENT |

Under the Order Adopting Report and Recommendation and Dismissing Motion, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondents, Darin Young and Marty J. Jackley, and against movant, Chris Allen Miller.

Dated August 21, 2019.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE